# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DOMINGO MARTINEZ, an individual, and AMANDA JEANNE MARTINEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: **2:24-cv-11034-SVW-AS**<br><br>*Assigned Magistrate Judge: Alka Sagar*<br><br>*Assigned District Judge: Stephen V. Wilson*<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

[PROPOSED] ORDER OF DISMISSAL

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: February 19, 2026                By:_____

Hon. Stephen v. Wilson
United States District Judge

[PROPOSED] ORDER OF DISMISSAL